No. 81–304. CAMPO SLACKS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–318. DENT *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 81–338. INMAN ET AL. *v.* BROCK ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 81–344. HERNANDEZ *v.* FAIR. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 81–346. SEATTLE CRESCENT CONTAINER SERVICE *v.* PORT OF SEATTLE. Ct. App. Wash. Certiorari denied.

No. 81–366. SUN SHIP, INC. *v.* MURPHY ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–368. RADIO BROADCASTING CO. *v.* FRANKLIN TOWN CORP. ET AL. Pa. Commw. Ct. Certiorari denied.

No. 81–372. WHITE *v.* OFFICE OF PERSONNEL MANAGEMENT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–375. DOWELL DIVISION OF DOW CHEMICAL CO. *v.* FRANCONIA SEA TRANSPORT, LTD. C. A. 2d Cir. Certiorari denied.

No. 81–382. BUCIO-REYES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–387. MORRIS *v.* CITY OF MIDLAND, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–392. KENEALY *v.* UNITED STATES; and
No. 81–393. KENEALY ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 646 F. 2d 699.